

SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SCOTT M. JOHNSON (BAR #287182)
SAGARIA LAW, P.C.
3017 Douglas Boulevard, Suite 100
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

The following constitues
the order of the court. Signed August 30, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

| | |
|---|---|
| In Re:<br><br>**TIMOTHY MICHAEL RUNNING**,<br><br>Debtor. | Case No.: 17-50928 MEH 13<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION RESOLVING MOTION TO VALUE PERSONAL PROPERTY**<br><br>Judge: Hon. M. Elaine Hammond |

   GOOD CAUSE APPEARING:

   IT IS HEREBY ORDERED that the Stipulation Resolving Motion to Value Personal Property filed on August 25, 2017 (Docket #26) is approved and made an Order of the Court.

***END OF ORDER***

COURT SERVICE LIST